UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOKHVAT HOLDINGS LLC,
                       Plaintiff,

            -against-

U.S. BANK NATIONAL ASSOCIATION, et al.,
                      Defendants.
------------------------------------------------------------X

21 Civ. 2558 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on June 2, 2021, Defendant filed a motion to dismiss Plaintiff's Complaint (Dkt. No. 20);

    WHEREAS, on June 17, 2021, Plaintiff filed a Memorandum of Law in Opposition to Defendant's motion to dismiss (Dkt. No. 22);

    WHEREAS, on June 22, 2021, Plaintiff then filed an Amended Complaint (Dkt. No. 24);

    WHEREAS, on June 24, 2021, Defendant filed a new motion to dismiss Plaintiff's Complaint and a Memorandum of Law in support of the motion (Dkt. No. 25, 26);

    WHEREAS, Plaintiff has not filed a new Memorandum of Law in Opposition since June 17, 2021.  It is hereby

    **OREDERED** that Plaintiff shall file a letter by **August 31, 2021**, stating whether Plaintiff will rely on the June 17, 2021 Memorandum of Law or if Plaintiff intends to file a new memorandum.  If Plaintiff intends to file a new memorandum, Plaintiff shall do so by **September 14, 2021**.  Defendant shall file a reply by **September 28, 2021**.

Dated: August 27, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE