UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOKHVAT HOLDINGS LLC,                           :
                           Plaintiff,     :
                                     :
            -against-                              :       21 Civ. 2558 (LGS)
                                     :
U.S. BANK NATIONAL ASSOCIATION, et al.,   :       <u>ORDER</u>
                           Defendants,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Amended Verified Complaint (the "Complaint") states that "[u]pon information and belief, Defendant U.S. Bank is a corporation and citizen of Ohio" and "[u]pon information and belief, Defendant [Bank of America] is a corporation and citizen of North Carolina," Dkt. No. 24.

       WHEREAS, for the purposes of subject matter jurisdiction, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business," 28 U.S.C. § 1332(c)(1).

       WHEREAS, the Complaint does not properly plead jurisdiction because it does not explicitly state Defendants' domicile by specifying for each Defendant its (i) place of incorporation and (ii) principal place of business. It is hereby

       **ORDERED** that, by **December 1, 2021**, Plaintiff shall file a letter specifying for each Defendant its (i) place of incorporation and (ii) principal place of business.

Dated: November 24, 2021
       New York, New York

                                                             **LORNA G. SCHOFIELD**
                                                            **UNITED STATES DISTRICT JUDGE**