UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GOKHVAT HOLDINGS LLC, :
                              Plaintiff, :
                               :
                 -against- : 21 Civ. 2558 (LGS)
                               :
U.S. BANK NATIONAL ASSOCATION, et al., : <u>ORDER</u>
                            Defendants, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 24, 2021, Defendant filed a motion to dismiss in this case, Dkt. No. 25;

      WHEREAS, the foreclosure proceeding in New York State Supreme Court over the same property (the "State-court Proceeding") is ongoing;

      WHEREAS, on October 19, 2021, in the State-court Proceeding, U.S. Bank filed a cross-motion to amend the complaint to substitute Gokhvat Holdings LLC for Gordons LLC as the defendant. It is hereby

      **ORDERED** that, by **January 7, 2022**, Plaintiff and Defendant shall each file a letter not to exceed five pages single-spaced on whether abstention based on *Colorado River Conservation District v. United States*, 424 U.S. 800 (1976) is proper in this case. It is further

      **ORDERED** that Defendant's motion to dismiss is DENIED without prejudice to renewal as either a motion to dismiss or a motion for summary judgment, pending resolution of the *Colorado River* abstention issue.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 25.

Dated: December 14, 2021
      New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE