**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GOKHVAT HOLDINGS LLC,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　　　21 **CIVIL** 2558 (LGS)

                                                        **JUDGMENT**

U.S. BANK NATIONAL ASSOCIATION, et al.,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 25, 2023, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       January 25, 2023

                                                                  **RUBY J. KRAJICK**

                                                                   _____
                                                                       **Clerk of Court**

                             **BY:**          _K. Mango_

                                                                         _____
                                                                       **Deputy Clerk**